FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0047

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0047

_____

IN RE THE MARRIAGE OF:

CHARLENE G. PAYNE,

      Petitioner and Appellee,

  and

WILLIAM H. PAYNE,

      Respondent and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2020